

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dekeimus Jones, Appellant

No. 06-13-00195-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 42,168-A).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Dekeimus Jones, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk